IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )   CASE NO. 1:15-CR-498-WKW
                                  )
WILLIAM BRIAN JAMES               )

## **ORDER**

On November 13, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED:

(1)    The Recommendation (Doc. # 8) is ADOPTED;

(2)    The Government's oral motion to dismiss (Doc. # 6) is GRANTED; and

(3)    This case is DISMISSED.

DONE this 1st day of December, 2015.

_____
            /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE